UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM PAXTON, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>      v.<br><br>PROVENTION BIO, INC., ASHLEIGH PALMER, and ANDREW DRECHSLER,<br><br>                              Defendants. | No. 3:21-cv-11613-MAS-TJB<br><br>Hon. Michael A. Shipp<br>Hon. Tonianne J. Bongiovanni<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF SARA A. BELLIN** |

**THIS MATTER** having been opened to the Court by Yenis V. Argueta Guevara, Esq., attorney for Provention Bio, Inc., Ashleigh Palmer, and Andrew Drechsler ("Defendants"), for an Order allowing Sara A. Bellin, Esq., of the law firm of Ropes & Gray LLP, to appear and participate *pro hac vice* in this matter, and the Court having considered said application and there being no opposition; and for other and good cause having been shown, pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey;

**IT IS** on this 7th day of July, 2021, hereby

**ORDERED**, that Sara A. Bellin, Esq., member of the bars of the State of Massachusetts and the United States District Court for the District of Massachusetts,

be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey; provided however, that all proceedings, briefs and other papers filed with the Court shall be signed by Yenis V. Argueta Guevara, Esq., or a designated attorney in her office, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Sara A. Bellin, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED** that Sara A. Bellin, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice* in accordance with L.Civ.R. 101.1(c)(3), *Appearance Pro Hac Vice; Local Counsel*, within twenty (20) days of receipt of the entry of this Order; and it is further

- 3 -

**ORDERED** that Sara A. Bellin, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that Sara A. Bellin, Esq. shall notify the Court immediately of any disciplinary matter affecting her standing at the bar of any jurisdiction; and it is further

**ORDERED** that Sara A. Bellin, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7 as amended.

  s/Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**