**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADAM PAXTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVENTION BIO, INC., ASHLEIGH PALMER, and ANDREW DRECHSLER,<br><br>Defendants. | Civil Action No. 3:21-cv-11613 |

# ORDER

This matter having come before the Court on Defendants Provention Bio, Inc., Ashleigh Palmer, and Andrew Drechsler's motion to dismiss; and the Court having considered the submissions and the governing law; and for the reasons set forth in the opinion filed on this day; and for good cause shown,

It is on this 3rd day of August, 2022

ORDERED that Defendants Provention Bio, Inc., Ashleigh Palmer, and Andrew Drechsler's motion to dismiss, ECF No. 44, is granted with prejudice.

/s/ Patty Shwartz
United States Circuit Judge
for the Third Circuit, sitting by designation